# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:13-MJ-00469 |
| Muhammad Abdul Aziz Bin Yahya | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _09/12_____, _13_____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _SHERI PYM_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9-9-13_____

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge